UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

11-41508

In re: **Jaswan Prakash Mahabali**
**Amita Kaur Mahabali**

Case No.

**CHAPTER 13 PLAN**

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ **1,037.00** each month for **60** months.
   Debtor(s) elect a voluntary wage order. _____.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| §506 | Non §506 | Name | Value of Collateral | Claim Amount | Pre-confirmation Adequate Protection | Post confirmation Payments | Estimated Mortgage Arrears | Interest Rate (If Specified) |
|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | American Honda Finance Corp. | | 31,766.03 | 150.00 | | | 4.40 |
| ■ | ☐ | Solano County Tax Collector | 45,000.00 | | 0.00 | | | 0.00 |

With respect to secured claims per §506, valuation stated shall bind unless a timely objection to confirmation is filed. With respect to non §506 secured claims as referenced in §1325, the claim, to the extent allowed, shall control. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. A secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section §1328.

   (c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507. Priority claims shall be paid in full except to the extent allowed otherwise under 11 U.S.C. § 1322(a)(4).
   (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid **16** %.

3. The following executory contracts are rejected. The debtor(s) waive the protections of the automatic stay provided in 11 U.S.C. § 362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

| Name | Monthly Payment |
|---|---|
| **Bank of America** | **2,040.00** |
| **Chase Manhattan Home** | **1,498.05** |

5. The date this case was confirmed will be the effective date of the plan.

6. The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation. Once the property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):
   **Debtors have applied for modification of their 1st deed of trust on their home held by Bank of America. If the modification is granted, there should be no pre-filing arrearage. If it is not granted, debtors will return the house to Bank of America. Monthly payment to B of A on home is est. modified amount. If house is returned, there should be no deficiency balance.**

   **Debtors are abandoning real property at 44 Villa Court, Fairfield, CA 94533, to 1st deed of trust holder, Bank of America. There is no 2nd deed of trust. There should be no deficiency balance to Bank of America. Solano County Tax Collector will have lien against home and will be satisfied by either property purchaser or Bank of America. There should be no allowed claims for either B of A or Solano County Tax Collector in debtors' plan.**

Dated: **February 10, 2011**    /s/ **Jaswan Prakash Mahabali**    /s/ **Amita Kaur Mahabali**
                                        (Debtor)                              (Debtor)

N.D. Cal., Oakland Division Model Chapter 13 Plan    Page 1 of 2
Rev. 10/17/2005

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Case: 11-41508    Doc# 2    Filed: 02/11/11    Entered: 02/11/11 08:47:16    Page 1 of 2

In re: **Jaswan Prakash Mahabali**
**Amita Kaur Mahabali**

Case No. 11-41508

**CHAPTER 13 PLAN - Continuation Sheet**

Debtor(s).

I/We    **Sarah Lampi Little 215635**    am/are legal counsel for the above named debtors(s) and hereby certify that the foregoing Chapter 13 Plan is a verbatim replica of this N.D. Cal., Oakland Division Model Chapter 13 Plan (October 2005), promulgated pursuant to B.L.R. 1007-1.

**/s/ Sarah Lampi Little**
Attorney for Debtor(s)